UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO DIAZ,<br><br>        Petitioner,<br><br>  v.<br><br>McEWEN, Warden,<br><br>        Respondent. | NO. CV 11-7766-JVS (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: August 13, 2014

_____
JAMES V. SELNA
United States District Judge